IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 03-20215-Ml |
| vs. | ) | |
| | ) | |
| THOMAS WAYNE CALDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Before the court is the Government's motion to dismiss Counts One through Ten and Twelve through Fifteen in this matter. For good cause shown, the motion is granted.

Entered this 26 day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 4/25/05

Approved by: _____
Special Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:03-CR-20215 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT