## UNITED STATES DISTRICT COURT
### for
### WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN -1 PM 4:05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs.   Thomas Wayne Caldwell                Docket No.   2:03CR20215

### Petition on Probation and Supervised Release

**COMES NOW** Edward E. Shaw **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Thomas Wayne Caldwell who was placed on supervision by the Honorable Jon P. McCalla sitting in the court at Memphis, TN on the 11th day of April, 2005, who fixed the period of supervision at four (4) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for a period of six (6) months.
2. The defendant shall cooperate with DNA collection as directed by the Probation Office.
2. The defendant shall pay a $4,000 fine in regular monthly installments of not less than 7% of his gross monthly income.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant currently possesses several dangerous weapons, and consideration is being made to impose additional special conditions, such as:

The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

**PRAYING THAT THE COURT WILL ORDER** a SUMMONS be issued for the defendant to appear before the Court for a hearing on whether to modify conditions of his Probation.

### ORDER OF COURT

Considered and ordered this __1__ day of __June__, 2005 and ordered filed and made a part of the records in the above case.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-2-05

Respectfully,

_____
Edward E. Shaw, U. S. Probation Officer
Electronic Monitoring Specialist

Place:  Memphis, Tennessee

Date:  May 24, 2005

(81)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:03-CR-20215 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT